IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:08CR72 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RUSSELL BILLINGSLEY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant Russell Billingsley's letter addressed to the Clerk of Court (Filing No. 63), which the Court will construe as a motion for copies. The Defendant requests copies of the following documents: Criminal Docket Sheet and Judgment and Commitment (including Statement of Reasons).

The Defendant was sentenced on March 16, 2009, and no appeal was made from the Judgment entered. The Defendant indicates that he is indigent and unable to pay for the costs associated with his request. The Defendant does not specify why he needs these documents, nor does he provide any support demonstrating he is entitled to receive such documents without payment. Nevertheless, the Court will provide the Defendant with the documents listed below.

Accordingly,

IT IS ORDERED:

1. The Court will construe Defendant Russell Billingsley's letter addressed to the Clerk of Court (Filing No. 63) as a motion for copies; and

2. The Clerk will mail copies of this Order, the Defendant's Docket Sheet, and the Judgment to the Defendant at his last known address.

DATED this 12th day of August, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge